B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **HRD Corporation**                      Case No.   **11-36020-H5-11**

                                                  Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | (3) Nature of claim (trade debt, bank loan, | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Dow Chemicals<br>Dow Center<br>Midland, MI  48674 | | Goods and Services | Contingent<br>Unliquidated<br>Disputed | $68,000,000.00 |
| Dr. Ebrahim Bagherzadeh<br>c/o Murray Fogler<br>1221 McKinney St., Ste 4500<br>Houston, TX  77010 | | Arbitration Award | Disputed | $20,579,000.00 |
| Potter Anderson & Corroon LLP<br>PO Box 951<br>Wilmington, DE  19899-0951 | | Attorney Fees | | $6,769.00 |
| Baker Botts LLC<br>1299 Pennsylvania Ave, NW<br>Washington, DC  20004-2400 | | Legal Fees | | $5,945.00 |
| Tybout Redferan & Pell<br>750 Shipyard Drive, Ste 400<br>Wilmington, DE  19899-2092 | | Litigation Costs | | $4,891.61 |
| Westlake Longview Corporation<br>PO Box 281888<br>Atlanta, GA  30384-1888 | | Goods and Services | | $4,668.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:  **HRD Corporation**                                 Case No.  **11-36020-H5-11**

                                                                                              Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar | (3) Nature of claim (trade debt, bank loan, | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadephia, PA  19114 | | 941 Taxes | | $2,500.00 |
| DHL Global Forwarding<br>14076 Collections Center Drive<br>Chicago, IL  60693 | | Delivery | | $1,636.14 |
| Mode Transportation<br>3050 Highland Parkway, Ste 100<br>Downers Grove, IL  60515 | | Shipping Costs | | $0.00 |
| City of Houston<br>c/o Denise L. Miller<br>PO Box 368<br>Houston, TX  77001 | | Demolition Costs | Contingent<br>Unliquidated<br>Disputed | $0.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:  **8/8/2011**                                     Signature:  **/s/ Aziz A. Hassan**
                                                                                   *Aziz A. Hassan*
                                                                                   **President**