IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HRD CORPORATION d/b/a § | | |
| MARCUS OIL & CHEMICAL § | | Case No. 11-36020 |
| § | | Chapter 11 |
| DEBTOR § | | |
| § | | |

**DEBTOR'S SECOND STIPULATION TO EXTEND RESPONSE/OBJECTION DEADLINE ON APPLICATION TO EMPLOY O'DONNELL, FEREBEE, MEDLEY & KEISER, P.C. FIRM (DOC. 37)**

HRD CORPORATION D/B/A MARCUS OIL & CHEMICAL, Chapter 11 Debtor and Debtor in Possession, hereby stipulates and agrees that the deadline for parties in interest to respond or object to Debtor's Application to Employ O'Donnell, Ferebee, Medley & Keiser, P.C. (Doc. 37), previously extended to September 15, 2011, is hereby extended until seven (7) days after the date Debtor files an amended Application to Employ O'Donnell, Ferebee, Medley & Keiser, P.C.

Respectfully submitted,

ROGERS & ANDERSON, PLLC

   /s/  Barbara M. Rogers
Barbara M. Rogers
State Bar Number 17163200
1415 N. Loop West, Suite 1020
Houston, Texas   77008
(713) 868-4411 Telephone
(713) 868-4413 Facsimile

ATTORNEY FOR HRD CORPORATION
d/b/a MARCUS OIL & CHEMICAL